**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LEOPOLDO DUARTE PALACIOS,

                            Petitioner,

      -against-                                      25 **CIVIL** 2411 (LLS)

                                                                     **JUDGMENT**

SUPERINTENDENT, Clinton Correctional
Facility,

                            Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2025, the Court denies the petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice to Petitioner's filing a new Section 2254 petition after he exhausts his state court remedies. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      July 15, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                            **BY:**

                                                            **Deputy Clerk**